# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.                                              Case No.: 4:09–cr–00049

JERRY SMITH, JR

## MEMORANDUM & ORDER
## ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the above named defendant on the indictment returned by the Grand Jury was held before the undersigned on Tuesday, November 17,2009.

The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court, and entered not guilty pleas to each count of the indictment.

Presently, this case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

s/Susan K Lee
UNITED STATES MAGISTRATE JUDGE