U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

✓ Initial Appearance ___ Complaint ___ Preliminary Exam ___ Motion Hearing
✓ Indictment ___ SSI ___ Information ___ Detention Hearing ___ Bond Hearing
___ Petition for Probation/Supervised Release action ✓ Arraignment ___ Arraignment on SSI

Case No. **4:09-cr-49** USA v. **Jerry Smith, Jr.**

**PRESENT:** Honorable **Susan Lee** ___ U.S. District Judge OR ✓ U.S. Magistrate Judge

**Terra Bay**                **Sam Robinson**                 _____
Assistant U.S. Attorney      Attorney for Defendant            Probation Officer
                             ✓ Appt. ___ Retd ___ Ltd. App.

**Russell Eslinger**         _____                    _____
Courtroom Deputy             Court Reporter                    Interpreter(s)    ___ SWORN

Tape # ___ From: ___ to ___   Digital Recording: Crtrm 1B ✓ OR Crtrm 4 ___

**PROCEEDINGS:** ✓ DEFENDANT(S) SWORN       **DATES SET:**

✓ Financial affidavit(s) executed             Detention hearing: **waived**
✓ Court appointed attorney(s) under CJA
___ Court may require deft(s) repay govt cost of atty(s)   Preliminary exam: _____
___ Defendant(s) waived appointment of attorney(s)
✓ Defendant(s) specifically advised of rights   Revocation hearing: _____
___ Deft advised of Rules 20, 5 FRCrP
___ Deft executed waiver of Rule 5, 5.1 hearing   Arraignment: _____
✓ Deft waived reading of indictment/information
___ Indictment/Information read               JT: **1/26/10 9:00**
✓ Deft pleads not guilty to counts _____
___ Not guilty plea entered by Court on deft's behalf   FPT: **1/15/10 3:00**
___ Deft. entered no plea
                                               OTHER: _____

Deadlines: Motions: **12/29/09** Plea Bargain: **1/12/10** Jury Instructions: **1/15/10** Other: _____

Court ordered file ___ sealed OR ✓ unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:** _____

**BOND**
✓ Govt. motion for detention without bond: ✓ granted ___ denied
___ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____              Type: _____

___ Defendant ineligible for release on bond: _____

Deft ___ remanded to custody of U.S. Marshal ✓ remained in custody ___ remained on bond ___ released on bond

Time: **2:16** to **3:01**                    Date: **11/17/09**

rev 3/09