| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09-cr-49 |
| v. | ) | |
| | ) | Judge Mattice/Carter |
| JERRY "BUBBA" SMITH, JR. | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR AUTHORIZATION FOR ADDITIONAL INVESTIGATIVE SERVICES

Samuel F. Robinson III, after having been duly sworn, deposes and states as follows:

1.      That I am an attorney licensed to practice law in the State of Tennessee and before this Court, and on November 17, 2009, was appointed to represent the above-named Defendant in this matter.

2.      That the reasons for the need for additional investigative services are accurately set forth in the motion which is filed herewith, and that I believe the Defendant is justly entitled to the authorization of additional investigative services under the Criminal Justice Act.

Further Affiant saith not.

*/s/ Sam Robinson III*
Samuel F. Robinson III

**STATE OF TENNESSEE**
**COUNTY OF HAMILTON**

Sworn and subscribed before me this 15th day of December, 2009.


_/s/Theresa Gribben_
Notary Public

My Commission expires: _____5/8/2010____




## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I filed the foregoing document on the Court's electronic filing system on this the 15th day of December, 2009.

_/s/ Samuel F. Robinson III_