# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09-cr-49 |
| v. | ) | |
| | ) | Judge Mattice |
| JERRY "BUBBA" SMITH JR., | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF SECOND MOTION FOR AUTHORIZATION FOR ADDITIONAL INVESTIGATIVE SERVICES

Samuel F. Robinson III, after having been duly sworn, deposes and states as follows:

1. That I am an attorney licensed to practice law in the State of Tennessee and before this Court, and on November 17, 2009, was appointed to represent the above-named Defendant in this matter.

2. That I intend to continue to utilize the services of private investigator Trey Aycock if the Court will sustain this motion;

3. That I believe that an additional $2500.00 will be sufficient to allow Mr. Aycock to continue investigating this case through disposition and sentencing; and

4. That the reasons for the need for additional investigative services are accurately set forth in the motion which this affidavit supports, and that I believe the Defendant is justly entitled to the authorization of additional investigative services under the Criminal Justice Act.

Further Affiant saith not.

*/s/ Sam Robinson III*
Samuel F. Robinson III

STATE OF TENNESSEE
COUNTY OF HAMILTON

Sworn and subscribed before me this 11th day of February, 2010.


_/s/Theresa Gribben_
Notary Public

My Commission expires: _____5/8/2010____


## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I filed the foregoing document on the Court's electronic filing system on this the 11th day of February, 2010.

    _/s/ Samuel F. Robinson III_