UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

JERRY SMITH, JR.,

    Petitioner,

v.                                        4:09-cr-49
                                          4:11-cv-30

UNITED STATES OF AMERICA,

    Respondent.

## **O R D E R**

The petitioner has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading to the motion within thirty (30) days from entry of this Order. Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

**E N T E R :**

                                                /s/Harry S. Mattice, Jr.
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE